**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| STEVEN A. OREBAUGH, *et al.* )<br> )<br>   Plaintiffs, )<br> )<br>v. )<br> )<br>GLASSER & GLASSER, PLC )<br> )<br>   Defendant. ) | Civil Action No. 2:12cv321 |

**NOTICE OF APPEARANCE**

  Please take notice that Janelle E. Mason of Consumer Litigation Associates, P.C. will hereafter serve as counsel of record for the Plaintiffs, and hereby enters her appearance in this matter.

             Respectfully submitted,
             **STEVEN A. OREBAUGH**, and
             **ELIZABETH E. OREBAUGH**

             _____/s/_____
             Janelle E. Mason, VSB No. 82389
             *Counsel for the Plaintiffs*
             CONSUMER LITIGATION ASSOCIATES, P.C.
             1800 Diagonal Road, Suite 600
             Alexandria, VA 22314
             Tel: 703-273-7770
             Fax: 888-892-3512
             janelle@clalegal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

James A. Cales, III
FURNISS, DAVIS, RASHKIND AND SAUNDERS, P.C.
6160 Kempsville Circle, Suite 341B
P.O. Box 12525
Norfolk, Virginia 23541-0525
Tel. (757) 461-7100
Fax (757) 461-0083
jcales@furnissdavis.com

Alan B. Rashkind
FURNISS DAVIS RASHKIND & SAUNDERS PC
6160 Kempsville Circle, Suite 341B
PO Box 12525
Norfolk, VA 23541-0525
Tel. (757) 461-7100
Fax (757) 461-0083
arashkind@furnissdavis.com

*Counsel for the Defendant*

                                            /s/
                                 Janelle E. Mason, VSB No. 82389
                                 *Counsel for the Plaintiffs*
                                 CONSUMER LITIGATION ASSOCIATES, P.C.
                                 1800 Diagonal Road, Suite 600
                                 Alexandria, VA  22314
                                 Tel:    703-273-7770
                                 Fax:    888-892-3512
                                 janelle@clalegal.com