

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

STEVEN A. OREBAUGH, et al.,

    Plaintiffs,

v.                                Civil Action No.: 2:12cv321

GLASSER AND GLASSER, P.L.C.,

    Defendant.

## DISMISSED AGREED ORDER

THIS CAUSE came this day on joint motion of the parties, and it being represented that all matters in controversy between the parties have been resolved.

It is ADJUDGED, ORDERED and DECREED that the above-styled matter shall be and is hereby DISMISSED AGREED, with prejudice.

ENTERED this 15th day of January, 2013.

/s/ MSD

Mark S. Davis
United States District Judge

                                                  Judge

WE ASK FOR THIS:

Alan B. Rashkind, Esquire
*Counsel for Defendant,*
*Glasser and Glasser, P.L.C.*

Kristi Cahoon Kelly, Esquire
*Counsel for Defendants,*
*Steven A. Orebaugh and*
*Elizabeth E. Orebaugh*